Appeal No. 11800 from Judgment dated Nov. 16, 1990; Lee Jackson Howard, IV, Ruling Judge, Lowndes County Circuit Court.
Jerome L. Lohrmann, Lohrmann & Associates, Jackson, for appellant.
Michael C. Moore, Atty. Gen., John R. Henry, Jr., Sp. Asst. Atty. Gen., Jackson, for appellee.
Before HAWKINS, C.J., and SULLIVAN and McRAE, JJ.
Affirmed.
PRATHER, P.J., and PITTMAN, BANKS, ROBERTS and SMITH, JJ., concur.
DAN M. LEE, P.J., concurs in result only.